IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYNTHIA L. CANADA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-07-CV-1443-D |
| HOTEL DEVELOPMENT-TEXAS, | § | |
| LTD., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants have filed a response in opposition to plaintiff's motion to quash subpoenas. After plaintiff filed her motion, the court ordered the parties to confer and, if the dispute could not be resolved, to submit a joint status report. *See* Order, 7/22/08 at 2. In its order, the court made clear that:

> The purpose of a joint status report is to enable the court to determine the respective positions of each party regarding the subject matter of a discovery dispute in a single written submission. To this end, the parties should present all of their arguments and authorities in the body of the report. Supporting evidence and affidavits may be submitted in a separate appendix. The arguments, authorities, and evidence relied on by a party must be provided to opposing counsel before the attorneys finalize and sign the joint status report. *If further briefing is desired before any unresolved matters are decided, the joint status report must indicate why the party requesting further briefing could not fully present its arguments and authorities in the report.* The court, in its discretion, may allow further briefing upon request by any party.

*Id.* Defendants have not explained why they could not fully present their arguments and authorities in a joint status report. Nor have defendants requested an opportunity for further briefing.

Accordingly, defendants' response in opposition to plaintiff's motion to quash subpoenas [Doc. #34] is stricken from the record of this case. The clerk is directed to note on the docket that this document has been unfiled.

SO ORDERED.

DATED: July 30, 2008.

_____
JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE